IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01280-KLM

DAVID MAYES,
    Plaintiff

v.

CITY AND COUNTY OF DENVER, d/b/a DEPARTMENT OF AVIATION,
    Defendant.

## STIPULATED ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation or privilege and/or protected information before production.

Scott F. Reese
Scott F. Reese, P.C.
795 W. Birch Court, Suite 100
Louisville, CO 80027
Phone: 303-665-4448

Franklin A. Nachman
Natalia Ballinger
Denver City Attorney's Office
201 W. Colfax Ave., Dept. 1108
Denver, CO 80202
(720) 913-3100

**SO ORDERED**

Dated: Nov. 13, 2015

Hon. Kristen L. Mix
United States Magistrate Judge